```
 1  THOMAS E. FRANKOVICH (State Bar No. 074414)
    THOMAS E. FRANKOVICH,
 2  A PROFESSIONAL LAW CORPORATION
    4328 Redwood Hwy., Suite 300
 3  San Rafael, CA 94903
    Telephone:    415/674-8600
 4  Facsimile:    415/674-9900

 5  Attorneys for Plaintiffs
    CRAIG YATES
 6  and DISABILITY RIGHTS
    ENFORCEMENT, EDUCATION,
 7  SERVICES: HELPING YOU
    HELP OTHERS
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>ROSE WING PROPERTIES,<br><br>    Defendant.<br>_____ | **CASE NO. CV-08-5365-CW**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ROSE WING PROPERTIES TO RESPOND TO COMPLAINT** |

Plaintiffs CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS ("DREES"), and defendant ROSE WING PROPERTIES, by and through their respective counsel, respectfully request and stipulate, as follows:

    1.    WHEREAS, the parties in the above-referenced case are in the process of settling both the injunctive and damage claims and wish to preclude any additional costs and fees. (It should be noted that Defendant ROSE WING PROPERTIES has already engaged an architect to address the remedial repairs, and the parties are awaiting their report); and

///

///

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ROSE WING PROPERTIES TO RESPOND TO COMPLAINT**

2. WHEREAS, the parties by and through their counsel, stipulate that Defendant ROSE WING PROPERTIES be granted an extension of time to and including February 27, 2009, to answer plaintiffs' complaint; and

3. WHEREAS, this stipulation comports to the Federal judicial objective of a fair, efficient and economical resolution, while at the same time preserving judicial economy.

IT IS SO STIPULATED.

DATED: January 27, 2009         THOMAS E. FRANKOVICH,
                                *A PROFESSIONAL LAW CORPORATION*


                                By: _____/S/_____
                                    Thomas E. Frankovich
                                Attorneys for Plaintiffs CRAIG YATES and
                                DISABILITY RIGHTS, ENFORCEMENT,
                                EDUCATION, SERVICES: HELPING YOU HELP
                                OTHERS, a California public benefit corporation


DATED: January 28, 2009         STEVEN LOUIS COSTA

                                By:_____/S/_____
                                Attorneys for Defendant ROSE WING
                                PROPERTIES

**ORDER**

IT IS HEREBY ORDERED that the Defendant ROSE WING PROPERTIES is granted an extension of time to and including February 27, 2009, to answer plaintiffs' complaint.


DATED: _____, 2009

                                _____
                                Honorable CLAUDIA WILKEN
                                United States District Judge