THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:     415/674-8600
Facsimile:      415/674-9900

Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>ROSE WING PROPERTIES,<br><br>    Defendant. | CASE NO. CV-08-5365-CW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ROSE WING PROPERTIES TO RESPOND TO COMPLAINT** |

Plaintiffs CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS ("DREES"), and defendant ROSE WING PROPERTIES, by and through their respective counsel, respectfully request and stipulate, as follows:

1. WHEREAS, the parties in the above-referenced case are in the process of settling both the injunctive and damage claims and wish to preclude any additional costs and fees. (It should be noted that Defendant ROSE WING PROPERTIES has already engaged an architect to address the remedial repairs, and the parties are awaiting their report); and

///

///

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ROSE WING PROPERTIES TO RESPOND TO COMPLAINT**

2. WHEREAS, the parties by and through their counsel, stipulate that Defendant ROSE WING PROPERTIES be granted an extension of time to and including February 27, 2009, to answer plaintiffs' complaint; and

3. WHEREAS, this stipulation comports to the Federal judicial objective of a fair, efficient and economical resolution, while at the same time preserving judicial economy.

IT IS SO STIPULATED.

DATED: January 27, 2009

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/S/_____
Thomas E. Frankovich
Attorneys for Plaintiffs CRAIG YATES and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation

DATED: January 28, 2009

STEVEN LOUIS COSTA

By: _____/S/_____
Attorneys for Defendant ROSE WING PROPERTIES

**ORDER**

IT IS HEREBY ORDERED that the Defendant ROSE WING PROPERTIES is granted an extension of time to and including February 27, 2009, to answer plaintiffs' complaint.

DATED: ____1/30____, 2009

_____
Honorable CLAUDIA WILKEN
United States District Judge

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ROSE WING PROPERTIES TO RESPOND TO COMPLAINT**

2