| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
| 2 | THOMAS E. FRANKOVICH,<br>*A Professional Law Corporation* |
| 3 | 4328 Redwood Hwy., Suite 300<br>San Rafael, CA 94903 |
| 4 | Telephone:    415/674-8600<br>Facsimile:      415/674-9900 |
| 5 | Attorneys for Plaintiffs CRAIG YATES |
| 6 | and DISABILITY RIGHTS ENFORCEMENT,<br>EDUCATION SERVICES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and ) | **CASE NO. CV-08-5365-CW** |
| DISABILITY RIGHTS, ENFORCEMENT, ) | |
| EDUCATION, SERVICES: HELPING ) | **STIPULATION OF DISMISSAL AND** |
| YOU HELP OTHERS, a California public ) | **[PROPOSED] ORDER THEREON** |
| benefit corporation, ) | |
| Plaintiffs, ) | |
| v. ) | |
| ROSE WING PROPERTIES, ) | |
| Defendant. ) | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

///

///

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**          CV- 08-5365-CW

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

Respectfully submitted,

Dated: June 16, 2009

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
Thomas E. Frankovich
Attorneys for Plaintiffs CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES

Dated: June 17, 2009

**STEVEN L. COSTA**
**LAW OFFICES OF STEVEN L COSTA**

By: _____/s/_____
Steven L. Costa
Attorneys for Defendant ROSE WING PROPERTIES

## **ORDER**

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: __6/24__, 2009

_____
HONORABLE CLAUDIA WILKEN
United States District Judge of California

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**   CV- 08-5365-CW   -2-